UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-cv-81651-DMM

**NELSON FERNANDEZ**,

     Plaintiff,

vs.

**FAMILY ENTERTAINMNENT GROUP,
LL, d/b/a IN THE GAME, a foreign limited
Liability company, and FEG SAWGRASS,
LLC, d/b/a IN THE GAME,
a foreign limited liability company,**

     Defendants.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

     Plaintiff NELSON FERNANDEZ, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each

party to bear his/its own attorney's fees and costs.

     Dated:  December 1, 2022

     Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 4800 N. Hiatus Road | Co-Counsel for Plaintiff |
| Sunrise, FL 33351 | 4640 N.W. 7th Street |
| T. 954/362-3800 | Miami, FL 33126-2309 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email:  rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email: pduran@pelayoduran.com |

By____*s/ Roderick V. Hannah*_____          By ____*s/ Pelayo M. Duran*_____
    RODERICK V. HANNAH                      PELAYO M. DURAN
    Fla. Bar No. 435384                         Fla. Bar No. 0146595

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 1st day of December, 2022, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Arianne B. Suarez, Esq.
McGUINNESS & CICERO
1000 Sawgrass Corporate Parkway, Suite 590
Sunrise, FL  33323
(954) 626-5022
absuarez@mc-atty.com

*Attorneys for Defendant*
*FAMILY ETERTAINMENT GROUP, LLC*
*And FEG SAWGRASS LLC d/b/a IN THE GAME*

/s/ *Roderick V. Hannah*
Roderick V. Hannah